IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 98-3 Erie |
| | ) |
| CARL ANTHONY KNIGHT | ) |

**NOTICE OF APPEARANCE OF ATTORNEY**

NOTICE is hereby given that Marshall J. Piccinini, Assistant United States Attorney, is entering his appearance as counsel of record for the government in the above-criminal action.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
Room A330
17 South Park Row
Erie, Pennsylvania 16501
PA ID No. 56362