IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARL ANTHONY KNIGHT,

      Petitioner,

-vs-                                CASE NO.: 98-3E

UNITED STATES OF AMERICA,

      Respondent(s).         HONORABLE MAURICE B. COHILL

**EX PARTE SPECIAL MOTION FOR A WRIT OF EXECUTION/ROCKET DOCKET SEEKING RELIEF PURSUANT TO RELIEF REQUESTED UNDER 28 U.S.C. § 2255 PURSUANT TO FED. R. CIV. P. RULE 52(a)(2)(4), 5 U.S.C. 702, inter alia**

    NOW COMES CARL ANTHONY KNIGHT, a pro se Petitioner, respectfully moving this Honorable Court in the above captioned case to review the records pursuant to 5 U.S.C. § 702 and find that the Petitioner has exercised "good faith" due diligent efforts and patience in awaiting responsive orders to his motion to Set Aside, Vacate or Correct a Sentence pursuant to 28 U.S.C. § 2255, filed in this Court.

    Petitioner Knight respectfully moves this Honorable Court to decree an "WRIT OF EXECUTION" and ROCKET DOCKET the Petitioner's responsive order with respects to his action under § 2255 in a more timely fashion, finding the Petitioner's claims raised cognizable and consolidated for relief entitled to this Petitioner, and any discretionary review this Honorable Court believes the Petitioner is entitled to.

    If this Honorable Court for any reason believes the Petitioner's motion should be modified, supplemented or amended, Petitioner would

respectfully move the Court to consider this action as an application and request to have his Amicus Curiae (Friend of the Court) to prepare and submit a Brief of Amicus pursuant to 28 C.F.R. § 68.33(3)-(i) for Representations of Parties, whom may be able to assist the Petitioner in submitting any reply's or required future filings in a more **cognizably** **modifide** brief of law.

**WHEREFORE,** Petitioner hereby simply wishes to have the Court acknowledge the **status** of his responsive order to his motion under § 2255, as this case has been pending for quite some time, and is ripe for ruling, thus, Petitioner request a response pursuant to Fed. R. Civ. P Rule 52(a), inter alia(s), and a return of writ pursuant to 28 U.S.C. § 2243 concerning the aforementioned actions.

On this the 4 day of September ,2008.

                                  Respectfully submitted,

                                  Mr. Carl Knight, 10725-068
                                  FCI Allenwood
                                  P.O. Box 2000
                                  White Deer, PA 17887-2000

This action is submitted in "good faith' under the penalty of perjury Act of 28 U.S.C. § 1746, and is honest and true and not intended to delay the Court, but more rapidly obtain a ruling in this matter de novo and sua sponte.