Mr. Carl Knight, 10725-068
FCI Allenwood
P.O. Box 2000
White Deer. PA 17887-2000

OFFICIAL LEGAL BUSINESS

HARRISBURG PA 171
05 SEP 2008 PM 1 T

UNITED STATES DISTRICT COURT CLERK
c/o:**Honorable Maurice B. Cohill**
Western District of Pennsylvania
617 State Street
Erie, Pennsylvania 16501

*AN EX PARTE SPECIAL MOTION*